# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Landmark American Insurance Company

                                            Plaintiff,

v.                                                          Case No.: 1:24−cv−03729
                                                                     Honorable Edmond E. Chang

Benefit Administrative Systems LLC, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 8, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: The joint stay motion [110] is granted given the settlement in principle of the underlying lawsuits and the impact on the coverage dispute. The briefing schedule in R. 108 is vacated, and the deadline to respond to the amended counterclaim is suspended too. The tracking status hearing of 12/19/2025 remains in place, but the parties shall file a joint status report by 12/10/2025. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.